

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Texas Department of Transportation, Appellant

No. 06-19-00010-CV     v.

Leonor Padron, Individually and as Next Friend for A. L., a Minor, and as an Heir and as Surviving Spouse of Jose Lopez Garcia, and as Dependent Administrator for the Estate of Jose Lopez Garcia, Marisol Delgado Aguirre, Sylvia Reyna Ramirez as the Dependent Administrator for the Estate of Alfonso Lopez, Appellees

Appeal from the 126th District Court of Travis County, Texas (Tr. Ct. No. D-1-GN-16-005492). Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Texas Department of Transportation, pay all costs of this appeal.

RENDERED DECEMBER 13, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk